# EXHIBIT A

| From: | Vivolo, Assunta |
|---|---|
| To: | george.nikas@gmail.com; george@grkfresh.com |
| Cc: | Foster, Michael (CHRO); Kelly, Rua |
| Subject: | SEC v Cohen & Nikas, 19:cv-9645 |
| Date: | Friday, October 18, 2019 6:50:59 PM |
| Attachments: | SEC v Cohen & Nikas Civil Cover Page.pdf |
| | SEC v Cohen & Nikas Complaint.pdf |
| | SEC v Cohen & Nikas Memo of Law.pdf |
| | SEC v Cohen & Nikas Order to Show Cause.pdf |
| | SEC v Cohen& Nikas JSR Declaration .pdf |
| | SEC v Nikas & Cohen Motion.pdf |
| | SEC v Cohen & Nikas AV Declaration.pdf |

Dear Mr. Nikas:

I am attorney with the United States Securities and Exchange Commission ("Commission"). I write to inform you that you have been named as a defendant in the above matter, a case pending in the United States District Court for the Southern District of New York. On October 18, 2019, the Court in this matter issued a temporary restraining order granting the Commission's motion to freeze certain accounts and other relief. A copy of the order is attached. The order contains important information and deadlines and should be reviewed carefully.

If you are represented by an attorney, please have your attorney contact me to discuss this matter. My contact information is in the signature block below. If you are not represented by an attorney, you may contact one of us yourself to discuss this matter.

Attached please find the following documents, which include documents filed or submitted to the Court and the Order received from the Court: (1) Temporary Restraining Order Dated October 18, 2019; (2) Complaint; (3) civil cover sheet; (4) Application for an order to show cause, asset freeze, and other relief; (5) Memorandum of law ("Brief") in support of that motion; (6) Vivolo Declaration; (7) Rymas Declaration. Please note that the exhibits to the Rymas declaration are voluminous and I will send them immediately in a second email. If you do not receive the exhibits, please let me know.

Sincerely,
Assunta Vivolo

Assunta Vivolo
Assistant Director
Cyber Unit/ Philadelphia Regional Office
Securities and Exchange Commission, Division of Enforcement
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
T: (215) 597-1047
vivoloa@sec.gov

| | |
|---|---|
| **From:** | Vivolo, Assunta |
| **To:** | george.nikas@gmail.com; george@grkfresh.com |
| **Cc:** | Foster, Michael (CHRO); Kelly, Rua |
| **Subject:** | SEC v Cohen & Nikas, 19:cv-9645 |
| **Date:** | Friday, October 18, 2019 6:53:09 PM |
| **Attachments:** | EXHIBIT 01.zip |

Mr. Nikas,

As per my prior email, the exhibits to the Rymas declaration are attached.

Thank you,
Assunta Vivolo

Assunta Vivolo
Assistant Director
Cyber Unit/ Philadelphia Regional Office
Securities and Exchange Commission, Division of Enforcement
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
T: (215) 597-1047
vivoloa@sec.gov